IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LOGAN ESTEP, a minor b/n/f<br>CARL ESTEP and MELANIE ESTEP, parents,<br>and CARL ESTEP AND MELANIE ESTEP,<br>Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED BIONICS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:09-cv-119<br>)  JUDGE HAYNES<br>)<br>)<br>)<br>)<br>)<br>) |

*ORDER*
*The motion*
*is GRANTED*

*[signature]*
*4-19-10*

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the Plaintiffs, Logan Estep, a minor b/n/f Carl Estep and Melanie Estep, parents, and Carl Estep and Melanie Estep, individually ("Plaintiffs"), by and through their counsel of record, and files this Unopposed Motion for Leave to Amend Complaint, pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support of this Motion, your Plaintiffs would state as follows:

1. This case was filed in State Court and removed to this Honorable Court by Defendant Advanced Bionics, LLC.

2. At the Case Management Conference, the Plaintiffs advised their intention to seek leave to amend the Complaint in order to more specifically plead causes of action against Advanced Bionics, LLC.

3. Based upon subsequent discovery and investigation, the Plaintiffs not only move to add significant detail to the allegations in the already-filed Complaint but also to seek leave to

1